Judge: Matthew F. Kennelly
Magistrate Judge: Michael T. Mason
Case no.: 11cv3909
Filed: 5/27/11
dmkf

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NAVISTAR 6.0 L DIESEL ENGINE
PRODUCTS LIABILITY LITIGATION  MDL No. 2223

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO–7)

On April 13, 2011, the Panel transferred 6 civil action(s) to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2011). Since that time, 16 additional action(s) have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Matthew F Kennelly.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Kennelly.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of Illinois for the reasons stated in the order of April 13, 2011, and, with the consent of that court, assigned to the Honorable Matthew F Kennelly.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 27, 2011

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By: s/ DOROTHY M. KELLER-FLOWE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
June 8, 2011

IN RE: NAVISTAR 6.0 L DIESEL ENGINE
PRODUCTS LIABILITY LITIGATION                MDL No. 2223

### SCHEDULE CTO–7 – TAG–ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | |
|---|---|---|---|---|
| CALIFORNIA NORTHERN | | | | |
| CAN | 4 | 11–02112 | Strong et al v. Ford Motor Co. | 11cv3909 |
| COLORADO | | | | |
| CO | 1 | 11–01180 | Abeln et al v. Ford Motor Company | 11CV3910 |
| CONNECTICUT | | | | |
| CT | 3 | 11–00704 | Santilli v. Ford Motor Company | 11cv3911 |
| MICHIGAN EASTERN | | | | |
| MIE | 2 | 11–11850 | Clark v. Ford Motor Company | 11cv3912 |
| MISSOURI WESTERN | | | | |
| MOW | 5 | 11–06038 | Simon v. Ford Motor Company | 11cv3913 |
| NEW YORK WESTERN | | | | |
| NYW | 6 | 11–06240 | Saxby v. Navistar, Inc. et al | 11cv3914 |
| SOUTH CAROLINA | | | | |
| SC | 8 | 11–00988 | Boggero v. Ford Motor Company | 11cv3916 |